**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0361

Way-Jo, L.L.C., Wayne Hagan and John Bankston

- - Versus - -

Harvey Anthony

21st Judicial District Court
Case #: 22244
St. Helena Parish

On Application for Rehearing filed on 01/12/2021 by Harvey Anthony

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

Date ___ **FEB 1 2 2021** _____

_____
Rodd Naquin, Clerk